IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
Assigned on Briefs October 5, 2004

**STATE OF TENNESSEE v. CORNELIUS BOALES**

**Appeal from the Circuit Court for Henderson County**
**No. 03005-2      Donald H. Allen, Judge**

_____

**No. W2003-02724-CCA-R3-CD**

_____

JOSEPH M. TIPTON, J., concurring.

I concur in the results reached and most of the reasoning used in the majority opinion. Although another panel of this court has concluded under Blakely v. Washington, 542 U.S. ____, 124 S. Ct. 2531 (2004), that juvenile adjudications may not be used by the trial judge, see State v. Recardo Dale, W2003-02391-CCA-R3-CD, Shelby County (Tenn. Crim. App. Jan. 10, 2005), I agree with the majority opinion's conclusion that Blakely is not implicated. As for the trial court's use of enhancement factor (9) in violation of Blakely, I conclude that it was harmless beyond a reasonable doubt given the evidence supporting it.

_____
JOSEPH M. TIPTON, JUDGE